IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

R.L. ELDER,

        Plaintiff,                        No. CIV S-06-0877 GEB KJM P

    vs.

BRIAN PARRY, et al.,

        Defendants.             <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

        In this case, it does not appear that any of defendants reside in this district, and it appears that plaintiff's claims arose, at least in part, in San Luis Obispo County, which is in the

1

1 Central District of California. In the interest of justice, a federal court may transfer a complaint
2 filed in the wrong district to a correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512
3 F.2d 918, 932 (D.C. Cir. 1974).
4     Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
5 United States District Court for the Central District of California.
6 DATED: October 24, 2006

_____
U.S. MAGISTRATE JUDGE

1/mp
elde0877.21